Cite as 2021 Ark. 156

# SUPREME COURT OF ARKANSAS
**No.** CR-21-59

| | |
|---|---|
| | **Opinion Delivered:** September 16, 2021 |
| JEREMY TURNER <br><br> PETITIONER <br><br> V. <br><br> STATE OF ARKANSAS <br><br> RESPONDENT | PRO SE PETITION FOR WRIT OF MANDAMUS <br> [COLUMBIA COUNTY CIRCUIT COURT, NO. 14CR-10-38] <br><br><br> PETITION MOOT. |

**RHONDA K. WOOD, Associate Justice**

Jeremy Turner filed a pro se petition for writ of mandamus alleging that the Columbia County circuit court had failed to timely rule on his pro se petition to correct an illegal sentence pursuant to Arkansas Code Annotated section 16-90-111 (Repl. 2016). Because the circuit court has ruled and granted Turner relief, we find the petition moot.

After initial review of the writ, this court entered a per curiam order directing the State of Arkansas to respond to the petition. The State responded and explained that the circuit court judge, Honorable David W. Talley, Jr., had recused from Turner's case because he had represented Turner in the criminal case and that an alternate judge had not been assigned to the matter.

Following the State's response, this court ordered the State to supplement the record. The supplemental record reflects that the newly assigned circuit court judge granted Turner relief on his petition and ordered that an amended sentencing order be issued. As the circuit

court has acted, the mandamus action is moot. *Roberts v. Chandler*, 2015 Ark. 47 (per curiam).

Petition moot.

*Jeremy Turner*, pro se petitioner.

*Leslie Rutledge*, Att'y Gen., by: *Jason Michael Johnson*, Ass't Att'y Gen., for respondent.